UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JEROME SHAW,<br><br>Defendant. | No. 16-cr-00642 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    Defendant Jerome Shaw, proceeding pro se, submitted a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Doc. No. 80.) The Clerk of Court is respectfully directed to open Defendant's submission as a new action under 28 U.S.C. § 2255.

SO ORDERED.

Dated:    July 20, 2022
               New York, New York

                                                                                               RICHARD J. SULLIVAN
                                                                                               UNITED STATES CIRCUIT JUDGE
                                                                                               Sitting by Designation